IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

RABBI STEVEN (YISROEL) BODKINS            CASE No.: 13-035115-CA-01
and his wife, RIVKAH BODKINS,
                              Plaintiffs,

v.

ABIGAIL MAGID a/k/a
"DEBBIE TELLER" d/b/a
AD-KAN ENOUGH.COM,
AVRAM PLONI 1-5 and AVA PLONI 1-5,

                              Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA

To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

ABIGAIL MAGID a/k/a
"DEBBIE TELLER" d/b/a
AD-KAN ENOUGH.COM
916 East 28th Street
Brooklyn, NY 11210

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to wit:

**JAROSLAWICZ LAW OFFICES**
Attorneys for Plaintiff
1177 Kane Concourse #222
Bay Harbor Islands, Florida 33154
T: 305.398.7739            F: 786.206.3575

Within 20 days after service of this summons on that defendant, exclusive of the date of service, and to file the original of the defensas with the Clerk of this Court either befote service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON November 12, 2013.        NOV 1 2 2013

                              HARVEY RUVIN
                              As Clerk of said Court

                              By: _____
                                   As Deputy Clerk

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

RABBI STEVEN (YISROEL) BODKINS
and his wife, RIVKAH BODKINS,

        Plaintiffs,

v.

ABIGAIL MAGID a/k/a
"DEBBIE TELLER" d/b/a
AD-KAN ENOUGH.COM,
AVRAM PLONI 1-5 and AVA PLONI 1-5,

        Defendants.

_____/

CASE No.: **13-035115-CA-01**

## **COMPLAINT**

    Plaintiffs RABBI STEVEN (YISROEL) BODKINS ("Rabbi Bodkins") and his wife, RIVKAH BODKINS ("Mrs. Bodkins"), for their Complaint against Defendants ABIGAIL MAGID a/k/a "DEBBIE TELLER" d/b/a ADKANENOUGH.COM ("MAGID"), AVRAM PLONI 1-5 and AVA PLONI 1-5, state as follows:

### **STATEMENT OF THE CASE**

    This action is by two dedicated and respected Miami-Dade, Florida, educators who have taught and inspired hundreds, if not thousands, of students in Florida elementary schools, middle schools, high schools, and after-school programs over the past twenty (20) years. They have now been wrongfully maligned with scurrilous and untrue charges of sexual abuse of children committed by Rabbi Bodkins. As parents of four children themselves, and aware that real abuses are unfortunately

perpetrated against children in our society, Rabbi and Mrs. Bodkins unqualifiedly support every lawful effort to protect the children of our communities and every legal step taken to prosecute anyone who causes any child to be harmed. However, Plaintiffs also believe, with equal conviction, that teachers and others working with our children who are innocent of criminal or morally repugnant behavior need to be protected from lynch mobs and witch hunts incited by scurrilous and unfounded accusations, such as those accusations rendered by these Defendants against these Plaintiffs as enumerated in this Complaint. If these Defendants' outrageous and unlawful conduct is permitted without rebuke or consequences, it would encourage others to engage in such reprehensible misconduct, too. And then no teacher would be safe.

## PARTIES

1. Rabbi Bodkins, at all times relevant, resided in Miami-Dade County, Florida.

2. Mrs. Bodkins, at all times relevant, resided in Miami-Dade County, Florida.

3. Defendant, ABIGAIL MAGID a/k/a "DEBBIE TELLER" d/b/a ADKAN ENOUGH.COM ("MAGID"), at all times relevant, was a citizen of the State of New York and resided in Brooklyn, New York.

4. Upon information and belief, MAGID is the owner or manager of the website "ADKANENOUGH.COM" ("AD-KAN"), posts her own messages and those of others on that website using the pseudonyms "Debbie" and "Debbie Teller," and exercises editorial power over content in that website.

5. Plaintiffs are compelled to make these assertions about MAGID and AD-KAN "upon information and belief" because AD-KAN's domain name, "adkanenough.com," was purchased through Register.com, a well-known Internet

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

domain registrar, and AD-KAN used and uses a Register.com service known as "Domain Discreet," which renders the domain owner's name and contact information unavailable to the public.

    a. AD-KAN's website hosting is provided by Weebly, Inc., and, as is normal for hosting companies, Weebly does not make available to the general public the name of the owner of a hosting account.

    b. ADKAN does not appear to indicate anywhere on its website that it is a corporate entity. *See* http://www.adkanenough.com, *passim* (last visited Nov. 8, 2013). Indeed, ADKAN requests that persons wishing to "sponsor" ADKAN send their donations to "Chaya's Community, Inc." *See* http://www.adkanenough.com/we-need-your-help.html (last visited Nov. 8, 2013).

    c. "Chaya's Community, Inc.," appears to be a corporation headquartered in Brooklyn, NY, too. *See* http://chayascommunity.com/Donate.html (last visited Nov. 8, 2013). Plaintiffs expect that appropriate discovery will reveal whether Chaya's Community, Inc., or other corporate entities may: (1) need to be added as additional defendants; (2) held liable for the wrongful conduct by ADKAN enumerated in this action; and (3) held responsible for any judgment or other relief obtained in this Court.

    6.    AVRAM PLONI 1-5 and AVA PLONI 1-5 are those persons whose identities are unknown at this time, but whom Plaintiffs expect will be identified in the course of appropriate discovery in this action, and who have posted defamatory statements on the AD-KAN website or have otherwise engaged in tortious conduct against Plaintiffs that would be subject to the jurisdiction of this Court. Such persons may include, but are not limited to, persons posting "comments" on the Internet who were and are hiding behind pseudonyms like "chaim," "Ronit," "Tammy Klein," "Chaim" (with a capital "C"), "Bobby Miller," "MICHAL," "sister of victim," "Sibling of another victim," "Pinchas," and "Leah."

    7.    Plaintiffs will be filing discovery requests to: (1) obtain information from AD-KAN identifying other potential Defendants hiding behind pseudonyms; and (2) issue subpoenas to third-parties to obtain documents and deposition testimony

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

further identifying relevant persons and tortious conduct.

8.     Plaintiffs intend to seek leave of court to amend this Complaint in an expeditious manner to add parties and claims as appropriate Defendants are identified and further tortious conduct uncovered.

## **JURISDICTION**

9.     This Court has jurisdiction of these matters as the amount in controversy exceeds $15,000.00, exclusive of prejudgment interest, costs and attorney's fees.

10.     Venue is proper in Miami-Dade County, Florida, which is the location of the place where the parties reside, the location where the parties conduct business, and/or the place where the wrongs or damages complained of herein occurred.

11.     Florida's Long Arm statute, §48.193(1)(a)(2) provides, in pertinent part:, that:

> A person, whether or not a citizen or resident of this state, who personally or through an agent does any of the acts enumerated in this subsection thereby submits himself or herself and, if he or she is a natural person, his or her personal representative to the jurisdiction of the courts of this state for any cause of action arising from … Committing a tortious act within this state.

12.     Defendant MAGID, at all times relevant, did broadcast published statements to persons in the State of Florida (and, indeed, specifically addressed those statements to the community in the State of Florida and those statements were accessed by persons in Florida), did transact business and had sufficient minimum contacts in the State of Florida, and a substantial part of the events or omissions giving rise to the claim occurred in the State of Florida. Accordingly, the wrongful acts described herein, namely MAGID committing the tortious acts within and directed to Florida, subject MAGID to personal jurisdiction in Florida, pursuant to Fla. Stat. §§48.193.

- 4 -

13.   AVRAM PLONI 1-5 and AVA PLONI 1-5, at all times relevant, did broadcast published statements to persons in the State of Florida and those statements were accessed by persons in Florida, did transact business and had sufficient minimum contacts in the State of Florida, and a substantial part of the events or omissions giving rise to the claim occurred in the State of Florida. Accordingly, the wrongful acts described herein subject AVRAM PLONI 1-5 and AVA PLONI 1-5 to personal jurisdiction in Florida, pursuant to Fla. Stat. §§48.193.

### BACKGROUND

14.   Rabbi Bodkins, for over 20 years, has taught and inspired hundreds and hundreds of children in elementary school, middle school, high school and after-school programs.

15.   Mrs. Bodkins, for over 16 years, has taught and inspired hundreds of children in elementary school, middle school, high school and after-school programs.

16.   As is set forth in detail below, Defendants, MAGID, and AVRAM PLONI 1-5 and AVA PLONI 1-5 have published false and unprivileged statements that exposed and continue to expose Rabbi Bodkins to distrust, hatred, contempt, ridicule or obloquy and which causes Rabbi Bodkins to be avoided, and which statements have a tendency to injure Rabbi Bodkins in his office, occupation, business or employment.

17.   It is the natural and proximate consequence of the statements made that such statements necessarily causes injury to a person in his personal, social, official or business relations of life.

18.   MAGID, on or about October 20, 2013, did "post" and thereby publish an article about Rabbi Bodkins on her website AD-KAN. That article was available on the Internet at http://www.adkanenough.com/updates and was headlined: "WARNING! Rabbi Yisroel Bodkins allegedly molests young boys in Miami." A copy of that published article is attached as Exhibit "1."

- 5 -

19.     MAGID made sure to direct her article to the State of Florida, Indeed, AD-KAN's October 20, 2013, article starts with:

### "IMPORTANT MESSAGE TO THE MIAMI COMMUNITY"

20.     MAGID, on or about October 21, 2013, did "post" and thereby publish another article about Rabbi Bodkins on her website AD-KAN. That article was also available on the Internet at http://www.adkanenough.com/updates and was headlined: "Bodkins and Parents Right to Protect their Children." A copy of that published article is attached as Exhibit "2."

21.     The October 20, 2013, article and October 21, 2013, contained numerous statements of supposed "facts" including, but not limited to:

a.      Rabbi Bodkins, "allegedly molests young boys in Miami";

b.      Rabbi Bodkins, "was recently fired from an elementary Yeshiva in Miami Beach after word got out that three individuals reported to police that they were sexually abused by him";

c.      "Bodkins has refused to take a lie detector"; and

d.      "Torah Umesorah has Bodkins listed on their sex offender registry."

*Id.* (last visited Nov. 8, 2013). *See* Ex. 2.

22.     Those statements were absolutely false and/or completely misleading, and were published and maintained with malice in a manner only meant to put Rabbi Bodkins and Mrs. Bodkins in the worst possible light, and keep them there.

a.      Rabbi Bodkins has never molested anyone anywhere in his life, and is certainly not aware even of allegations of such horrific conduct here in Miami.

b.      Rabbi Bodkins was *not* fired from any Yeshiva elementary school in Miami Beach and was only unofficially "suspended" by mutual agreement for a short period while school authorities, confronting wild rumors circulating through the community, conducted their own due-diligence investigation.

i.      That investigation concerned a "report" filed by one

- 6 -

very-disturbed young man in 2011 alleging supposed "sex abuse" by Rabbi Bodkins in a Pennsylvania summer camp 8, 9 and 10 years ago (2003-2005).

ii. The police authorities and Monroe County, Pennsylvania, district attorney's office formally investigated that single complaint, brought by that one accuser (and interviews with two friends of his that he convinced to be interviewed by the police). Those authorities declined to file any charges whatsoever and closed the case. *See* Pennsylvania Status Letter, dated September 4, 2013, attached as Exhibit "3."

iii. The Monroe County Children and Youth Services (MCCYS") had opened a Child Protective Service Investigation ("Childline") case based solely on the accuser's statement and without having interviewed Rabbi Bodkins. MCCYS argued the case on behalf of that same single accuser to the Commonwealth of Pennsylvania Department of Public Welfare, the State's civil child-abuse authority, and which is specifically charged with conducting detailed investigations with heightened attention to allegations made by children in this sensitive area. After examining all of the witnesses and reviewing all of the evidence presented, the Judge conducting the evidentiary hearing completely exonerated Rabbi Bodkins, expressly finding that "the lack of details" by the accuser was "substantial" and that the accuser was, in the Court's own words, "not credible." The Judge recommended that the case be "expunged" from the public record, which recommendation was adopted in its entirety by Order of the Regional Manager of Pennsylvania's Bureau of Hearings and Appeals on September 17, 2013. While the accuser had the right to appeal that decision, no appeal was ever filed.

c. Rabbi Bodkins was never asked by any authority to submit to any "lie detector" test, so there was no official test to "refuse." On the other hand, the Judge with much experience in hearing these sensitive matters and who presided over hearing the

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

2003-2005 charge found, with respect to Rabbi Bodkins' testimony at the hearing:

> "His demeanor and his candor on the witness stand was sincere. There was no hesitancy or fumbling for answers to questions posed. More specifically, he was clear and concise in his direct testimony and cross-examination did nothing to discredit his testimony."

    d.    Rabbi Bodkins is not now – and never was – listed on the "sex offender registry" maintained by Torah Umesorah, the National Society of Hebrew Day Schools ("Torah Umesorah").

        i.    Torah Umesorah is a national organization established in New York in 1944 and now with oversight over 750+ Orthodox Hebrew day schools across the country.

        ii.    Its "sex offender registry" is a service the national organization provides to principals and staff at schools to consult before hiring any personnel.

        iii.    After a review of the record and its own investigation, Torah Umesorah "strongly recommend[ed] that Rabbi Bodkins be reinstated to his position as classroom rebbi [religious teacher]." *See* E-Mail to Yeshiva Elementary School from Rabbi Dovid Nojowitz, Nat'l Dir. of Torah Umesorah (Sept. 29, 2013), attached as Exhibit "4" (private e-mail addresses redacted to preserve privacy in publicly-filed Complaint).

        iv.    Indeed, when the AD-KAN article with that particularly false and particularly hurtful accusation appeared, Rabbi Bodkins himself contacted Torah Umesorah to inquire about where AD-KAN could reasonably have obtained that false information, and was told by Torah Umesorah itself:

> "your name is NOT on Torah Umesorah's registry list of alleged child abusers, and your name never was on our list. Any rumor to that effect is simply that – a rumor, without any truth or basis."

        v.    *See* E-mail to Rabbi Yisroel Bodkins from Rabbi Dovid Nojowitz, Nat'l Dir. of Torah Umesorah (Oct. 21, 2013),

- 8 -

attached as Exhibit "5" (private e-mail addresses redacted to preserve privacy in publicly-filed Complaint).

vi. As the published falsehoods by AD-KAN continued to whip up frightened and angry mobs of concerned parents in the South Florida Jewish community, Torah Umesorah communicated its concerns to Yeshiva Elementary School:

"We at Torah Umesorah firmly believe, as verified by the court's decision, that Rabbi Bodkins is innocent of the original charges . . . . it is urgent for the school to issue a letter of clarification that there is no basis for accusation of child molestation by Rabbi Bodkins.

Considering the fact that a web blog has been created which has denigrated Rabbi Bodkins, the need for clarification becomes all the more crucial. We trust you understand the strong implications the school's decision could have on Rabbi Bodkins and his entire family for years to come, and we urge you to issue this letter of clarification as soon as possible."

23. As of the date of the filing of this Complaint, MAGID's AD-KAN articles about Rabbi Bodkins were still available on the Internet at http://www.adkanenough.com/updates. While it appears that edits are constantly made, the only reason for MAGID to keep the substance of her own statements and slanderous "comments" submitted in light of the foregoing is actual malice towards Rabbi Bodkins.

24. Upon information and belief, Yeshiva Elementary School has been besieged by crowds of hysterical parents and financial supporters, whipped into a frenzy in large part by AD-KAN's published falsehoods.

25. Rabbi Bodkins and Mrs. Bodkins reside and work in South Florida, and this information was publically accessible to anyone, even to those in communities where they live and work.

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

26.    The AD-KAN articles specifically mention Rabbi Bodkins, and AD-KAN even included a photograph of him.

27.    The AD-KAN website also includes a section where viewers can post "comments" and responses to MAGID's posts.

28.    Posts by MAGID (upon information and belief, under the pseudonym "Debbie") and comments by other individuals (including, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5) expressly mention Rabbi Bodkins or refer to him.

29.    AD-KAN's post of October 21, 2013, claims that, "Whether [Rabbi Bodkins] is safe or not, Ad-Kan believes that it is the right of the public to have that information. Parents need to protect their innocent children and should be privy to all available information regarding sex offenders."

30.    In response to MAGID's October 20, 2013, article, many, many, comments were apparently submitted to AD-KAN about Rabbi Bodkins, some in support and some against. Plaintiffs do not currently have copies of all those posted comments, but expect to obtain them through discovery requests to defendant MAGID, and through subpoenas issued to appropriate non-parties. Despite the number of comments actually submitted, only nine (9) comments remained as of the time Plaintiffs prepared this Complaint. *See* Ex. 2.

31.    In response to MAGID's October 21, 2013, article, at least forty-eight (48) comments were apparently submitted to AD-KAN about Rabbi Bodkins, some in support and some against. Plaintiffs have managed to obtain copies of those posted comments, *see* Exhibit "6," but do not know at this time whether those 48 were all that were submitted. Plaintiffs expect to obtain all relevant evidence through discovery requests to Defendant MAGID, and via subpoenas issued to appropriate non-parties. Despite the number of comments submitted, however, only eleven (11)

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

comments remained as of the time Plaintiffs prepared this Complaint. *See* Ex. 1.

32.    A review of the 48 posted comments preserved in Exhibit 6 that once existed on the AD-KAN web-site reveals that those deleted included:

a.    (10/21/2013 11:31 am) "Did you actually speak with Torah [U]mesorah? Because apparently, [R]abbi [N]ojowitz from Torah [Umesorah] is stating publicly that this is sheker [false] and that [Rabbi Bodkins] is not on any sex offenders list and that they support him. Please clarify or get a statement from Torah [U]mesorah backing up this allegation that he is on their sex offenders list."

b.    (10/21/2013 1:24 pm) "I just hung up the phone with [U]mesorah. They said that this allegation is completely false and that Rabbi Bodkins is not on any Sex Offenders list. Please allow your hopefully unbiased reporting to reflect that."

c.    (10/23/2013 2:49pm) ". . . [Torah Umesorah] fully deny this terrible allegation and are in the process of composing a letter in support of [R]abbi Bodkins. Secondly, although [Torah Umesorah] might not normally take sides in this matter, in this particular case they definitely did get involved and sided with [R]abbi Bodkins. Probably because the secular court system expunged the whole matter and there is not a shred of evidence against him."

d.    (10/21/2013 2:33pm) "Spoke to Torah [U]mesorah and it's absolutely false!!"

e.    (10/23/2013 10:29am) "Here are two facts:

1. I telephoned Torah [U]mesorah yesterday, as did my wife (2 separate calls) and we were both told that the information you posted about them having Rabbi Bodkins on a sex offender list is false. I was specifically told that they have been working to try and get Rabbi Bodkins reinstated. That is a fact and I urge all people on the blog to phone Torah [U]mesorah so they can hear this message personally and not have to take my word for it.

2. In a 12-page Court documents, Rabbi Bodkins was found innocent; the accuser was found "not credible" and Rabbi Bodkins was found "credible."

f.    (10/23/2013 10:32am) "In addition, the court EXPUNGED the case

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

from the record. This was a complete exoneration."

g.  (10/23/2013 10:34am) "One final thing: you asked why Rabbi Bodkins was fired from Yeshiva Elementary. The reason is that they did not want to fire him, but a very powerful parent (read wealthy donor) threatened to take their children and support out of the school and got other parents to threaten as well until the school had no choice. He was NOT fired because of evidence, he was fired because the school could not afford to lose the money from this parent."

h.  (10/23/2013 1:20pm) "Just to add to your comment, who says that [R]abbi Bodkins is actually fired. When I asked I was told that he is on a leave of absence for now as the school makes a decision (I assume regarding the uproar that these false rumors have caused) but until someone is actually fired, and anonymous blog should not be making such statements without calling the school to verify."

i.  (10/24/2013 1:13pm) "… It is so important that you and other friends of the Bodkins family are here for them to defend his honor and support them in this very difficult time. What a terrible thing to be accused of falsely, just awful."

j.  (10/25/2013 8:45am) "I read in one of the deleted comments that of the three police reports, two were not reports of molestation and dropped out, and that the third was deemed not credible. I verified this as fact with some[one] who is close to the case. This is very important information and a big misrepresentation to claim that there are actually three "victims." It is clear to me that Rabbi Bodkins is the real victim here."

k.  (10/25/2013 1:11pm) "Again, stop deleting my post. The picture associated w[ith] the [R]abbi Bodkins is of my brother. He is not sitting on [R]abbi Bodkins lap. You do not have permission to use that picture and we are very upset. It is a violation of our privacy. Especially since my brother is the furthest] thing from a victim. Take the picture down or we will take legal action."

33.  The now-missing posts were deleted by MAGID herself, or by some of AVRAM PLONI 1-5 and AVA PLONI 1-5, either at MAGID's direction or in concert with her.

34.  Plaintiffs expect to obtain in the course of appropriate discovery full and

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

accurate copies of all of the posts that were once on the AD-KAN website between October 20, 2013 and this date.

35.    Plaintiffs submit that a comparison of what was actually posted by the public on the AD-KAN website and what was left there by MAGID will reveal that, overwhelmingly, the purpose of MAGID deleting comments on the AD-KAN website was to put Rabbi Bodkins and Mrs. Bodkins in the worst possible light, and keep them there.

36.    Notwithstanding AD-KAN's righteous-sounding statement that "parents . . . should be privy to all available information regarding sex offenders," any posts that questioned the false statements posted on AD-KAN or questioned AD-KAN's campaign against Rabbi Bodkins, or made any statements in support of Rabbi Bodkins were deleted by MAGID herself, or by some of AVRAM PLONI 1-5 and AVA PLONI 1-5, either at MAGID's direction or in concert with her. *Compare* Ex. 6 *with* Ex. 1.

37.    Rabbi Bodkins' employer(s) are aware of these articles and comments.

38.    The parents of Rabbi Bodkins' past students in Florida have accessed and are aware of these articles and comments as intended by MAGID, who expressly directed the defamatory statements to the Miami community.

39.    The parents of Rabbi Bodkins' current students have accessed and are aware of these articles and comments as intended by MAGID, who expressly directed the defamatory statements to the Miami community.

40.    Friends and neighbors in Rabbi Bodkins' and Mrs. Bodkins' community have accessed and are aware of these articles and comments as intended by MAGID, who expressly directed the defamatory statements to the Miami community..

41.    Others have approached Rabbi Bodkins and asked if the information is true.

**JAROSLAWICZ LAW OFFICES**
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

42. Rabbi Bodkins is embarrassed and humiliated because of these publications.

43. Others have approached Mrs. Bodkins and asked if the information is true.

44. Mrs. Bodkins is embarrassed and humiliated because of these publications.

45. Rabbi Bodkins and other persons communicated to MAGID by e-mail and asked MAGID to remove the `factually-false` posts from her AD-KAN website, and to publish a retraction.

46. MAGID refused to publish any retractions, but appears to have made some edits to some of her own earlier posts. Defamatory comments by others were left on the site.

47. Indeed, MAGID failed to take any reasonable steps to research the accuracy of AD-KAN's publications prior to posting them and, failed to reasonably act in a timely manner when many persons provided specific references for MAGID to verify the falsity of much of AD-KAN's posts and remaining comments.

48. Moreover, MAGID refused to post material that AD-KAN received, even when such materials directly responded to challenges put forth by AD-KAN itself

49. The purpose of MAGID failing to post comments she received that responded to her challenges on the AD-KAN website was to put Rabbi Bodkins and Mrs. Bodkins in the worst possible light, and keep them there.

50. In responding to people questioning the truthfulness of posts appearing on AD-KAN, MAGID published yet additional false statements via e-mail. Plaintiffs expect to obtain in the course of appropriate discovery full and accurate copies of all of the e-mails published by MAGID, but have attached one such communication to this Complaint as Exhibit "7" (private e-mail address redacted to preserve privacy in

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

publicly-filed Complaint).

51.    On October 31, 2013, the principal of a local North Miami Beach high school, wrote to MAGID at AD-KAN's e-mail address, stating:

> I was very surprised that you have failed to immediately post the announcement by many of our leading local rabbis that I understand was sent to you many days ago endorsing Rabbi Bodkins. Your failure is especially troubling in light of your vehement public accusations and supposedly-honest express request that, "any or all of these rabbis make a public announcement via Ad-Kan to the community that Bodkins is either safe to work with young boys or not."
> In addition, as your own post says clearly, in the copy below ⬇ if Rabbi Shain would ...then you would take it seriously, so why haven't you posted [R]abbi [S]hain's endorsement?

*See* Ex. 7.

52.    The "announcement" to which reference was made, which was an effort by many of the leading community leaders and educators to respond to AD-KAN's and the frenzied mob's challenge, is:

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com



**Announcement to the Greater Miami Community**

**Opening the ADELPHIA-MIAMI BOYS PROGRAM**

Under the guidance and leadership of HaRav Yeruchim Shain, shlita, Rosh HaYeshiva of Adelphia Yeshiva of New Jersey

The program is designed for young men, age 14-17 who would appreciate and look forward to growth through spending time and connecting with other young men and talented caring Rabbis.

There will be activities, BBQ's, Melavah Malkahs and other programs to help every young man enjoy, grow and connect in Judaism.

Program director, Rabbi Yisroel Bodkins

We look forward to notifying you of the details and welcome you to our grand opening program.

Haskomos of the following Rabbonim:

Rabbi Yaakov Tzvi Blejer  Rosh Kollel North Miami Beach

Rabbi David Lehrfield -Young Israel of Greater Miami

Rabbi Ephraim Leizerson – Rosh Menahel Bais Yaakov

Rabbi Binyamin Luban- Rosh Yeshiva, Yeshivas Toras Chaim

Rabbi Moshe Matz- Director Agudas Yisroel of Miami

Rabbi Yechiel Perr -Rosh Yeshiva Far Rockaway Yeshiva

Rabbi Ephraim Shapiro- Shaaray Tefilla North Miami Beach

Rabbi Yisroel M. Janowski - Menahel, Yeshiva Elementary School

53.    MAGID responded quickly, and MAGID's response (included in Exhibit 7) contained the following statements:

> This piece of paper is no proof at all.
> There is no date. Who says this wasn't published before the accusations surfaced? I have already recieved an outdated email from Torah umesorah which came from bodkins.
> Ryback denied sending it on that date.

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

Whose lying Ryback or Bodkins? Mmmm I wonder. If its TUM whose lying then I no longer trust them and if it bodkins lying then I don't trust his latest piece of paper.
Either way its not looking good.
Someone's lying.
The rabbis or bodkins:?

Bottom line is that bodkins has casued tremendous damage to so many children I can't even count them on one hand. And that means that he's not coming off adkan for a very long time.- probably forever since there is no cure for pedophilia.

54. Many of the statements of "fact" in MAGID's e-mail are also false:

    a.    Rabbi Bodkins did not send any "e-mail from Torah Umesorah to AD-KAN;

    b.    Plaintiffs are informed that Rabbi Ryback does not recall having any communication with AD-KAN at all – and did not send anything to anyone in regards to this matter, let alone denying doing so on a particular date;

    c.    Nobody was lying, other than MAGID via AD-KAN;

    d.    Rabbi Bodkins has not "caused damage to so many children," and certainly not so many that one "can't even count them on one hand"; and

    e.    MAGID's closing sentence directly accuses Rabbi Bodkins of "pedophilia."

55. Attached as Exhibit "8" (private e-mail address redacted to preserve privacy in publicly-filed Complaint) is one final e-mail, in which the writer attempted to put MAGID on notice of all of the false and misleading statements contained in: (1) MAGID's own posts on her AD-KAN web site; (2) the select anti-Bodkins "comments" that MAGID allowed others to post; and (3) MAGID's specious response to previous e-mails:

I have 4 things to tell you.
1-Call Torah Umesorah and ask rabbi Dovid [N]ojowitz the director of Torah

Umesorah about this matter. He will tell you (and Rabbi Ryback will concur) that [R]abbi Bodkins is not and was not on any sex offenders list. When you posted on your blog "we are aware that rabbi Bodkins is on a Torah Umesorah sex offenders list" that is an outright lie and since I spoke directly to TUM and asked them, you can do the same. And if you want to come back and tell me that you spoke to someone and they said otherwise, please be prepared to give me the name of who you spoke with, because I spoke with [R]abbi [N]ojowitz, the director of TUM. Again... CALL THEM AND ASK THEM FOR YOURSELF WHAT THEIR POSITION ON RABBI BODKINS IS. If you ask, you may be surprised by what you hear.

56. MAGID did not respond to the e-mail attached as Exhibit 8.

57. MAGID did not call Torah Umesorah before publication to confirm that Rabbi Bodkins was not, and had never been, on any "sex offenders list."

58. After publication, MAGID did not timely publish any retraction of that false statement.

59. MAGID did not call Rabbi Nojowitz before publication.

60. MAGID did not call Rabbi Ryback before publication.

61. The communication in Exhibit 8 put MAGID and her cohorts directly on notice about the letter referred to in paragraph 52 above:

2- the letter of support was put out this week and signed this week by every rabbi in this list, a group of rabbi that represent a cross section of Torah Jewry in south [F]lorida. If you glance through the names you will even see the name of RABBI JANOWSKI the principal of [Y]eshiva [E]lementary [S]chool. Call any one of these rabbis, they are all listed, and ask them if this letter, and this program, is from this week or from a while back.

62. MAGID did not call any of the rabbis who signed the letter referred to in paragraph 52 above to confirm that it was prepared and signed in direct response to AD-KAN's "challenge" and to tell everyone that "[Rabbi] Bodkins is safe to be around children."

- 18 -

63.  MAGID did not post the e-mail letter on her AD-KAN web site.

64.  MAGID did not post the announcement by the rabbis on her AD-KAN web site.

65.  MAGID did not withdraw the challenge on her AD-KAN web site.

66.  The communication in Exhibit 8 continued:

> 3- as someone who has been following this case closely, where in the world do you get your following statement from...
> Bottom line is that bodkins has casued tremendous damage to so many children I can't even count them on one hand.
>
> There is one "victim" who was found "not credible" by the courts. There were his two good friends, both of whom have said, and continue to say that they were not molested or abused, but rather they were "uncomfortable" with the extra attention that he paid to them. And that's it. Nada. Kaput. Even with all this PR, not one more victim has surfaced. How do you explain this?

67.  MAGID simply did not respond.

68.  The communication in Exhibit 8 concluded:

> 4- The victim advocacy groups are always[s] protesting the incidences in the frum world where people run to the rabbis with these allegations. They say you should go to court and let them decide. That is what was done here. It was brought to court. The judge found the victim to be "not credible" and expunged the case. So now, the court isn't good enough? But apparently, the rabbis aren't good enough either because their letter of support isn't being accepted by you as well. so what are we left with? A system of vigilante justice where you, or magenu gets to decide who is innocent and who is guilty?
>
> "Debbie" I understand that you have had a traumatic past and therefore you strongly identify with the alleged "victim" but in this case there is no evidence, definitely not "more victims than you can count..." And a case that is being retried in the court of public opinion after being tried by the courts.

- 19 -

What in the world can possibly be your justification?

69. MAGID simply did not respond.

70. MAGID's October 20, 2013, and October 21, 2013, articles were not removed from AD-KAN.

71. MAGID's false statements were not retracted nor properly corrected on AD-KAN.

72. The previously-deleted comments questioning AD-KAN's statements or otherwise in support of Rabbi Bodkins were not restored.

73. New comments with information or submissions in support of Rabbi Bodkins were not posted.

74. The announcement from rabbis that was responsive to the challenge as specifically requested by AD-KAN was never publically acknowledged nor posted. Nor does it appear that MAGID made any reasonable effort whatsoever to verify the information.

75. Accordingly, as to all counts, the Defendants published false and unprivileged statements, clearly about Rabbi Bodkins, to third parties, which caused damage to Plaintiffs.

## <u>COUNT I – DEFAMATION</u>
### (LIBEL/SLANDER *PER SE)*

76. Plaintiffs incorporate by reference each of the allegations in the above numbered paragraphs 1-75.

77. Defendants MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, communicated, orally and in writing, the false statements about Rabbi Bodkins to third parties not the Plaintiffs, specifically but not limited to, other employers and parents of children in Rabbi Bodkins' community and others.

78. Rabbi Bodkins was specifically identified in the defamatory matter promulgated by the Defendants.

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

79.    The statements were made either with express malice or without reasonable care to determine their falsity, or with reckless disregard for the truth.

80.    The falsity of the statements caused injury, both actual and presumed, to Plaintiff.

81.    As a direct and proximate result of Defendants' defamation of Plaintiffs, Plaintiffs have suffered an injury to their reputation and loss of employment opportunities, and since the defamatory statements of the Defendants were intentional, with malice or with reckless disregard as to whether they were false or not, the Plaintiffs are entitled, upon a proper evidentiary showing, to punitive damages in addition to the damages suffered.

## COUNT II – DEFAMATION
### LIBEL / SLANDER *PER SE* (Moral Turpitude)

82.    Plaintiffs incorporate by reference each and every allegation made in the above-numbered paragraphs 1-75.

83.    Defendant MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, published untrue statements orally and in writing.

84.    The libelous and slanderous language stated as a matter of fact that Plaintiff Rabbi Bodkins had sexually molested and harmed children.

85.    Plaintiff Rabbi Bodkins was specifically identified in the defamatory matter promulgated by the Defendants.

86.    These statements of purported "fact" accuse Plaintiff Rabbi Bodkins of moral turpitude.

87.    The untrue statements identified Rabbi Bodkins, and were published to third parties, specifically but not limited to, other employers and parents of children in Rabbi Bodkins' community and others.

88.    The statements were made without reasonable care to determine their falsity.

- 21 -

89.   Such statements are per se libelous and slanderous.

90.   As a direct and proximate result of Defendants' defamation of Plaintiffs, Plaintiffs have suffered an injury to their reputation and loss of employment opportunities.

91.   Plaintiffs are entitled to punitive damages in addition to the damages suffered upon a proper evidentiary showing.

<u>COUNT III – DEFAMATION</u>
LIBEL / SLANDER *PER SE* (Harm to Business Reputation)

92.   Plaintiffs incorporate by reference every allegation in the above-numbered paragraphs 1-75.

93.   Defendant MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, have made untrue statements, orally and in writing, that hurts Rabbi Bodkins' business, trade and profession as a teacher.

94.   The untrue statements were made without reasonable care to determine their falsity.

95.   The libelous language stated as a matter of fact that the Plaintiffs had sexually molested children and otherwise harmed them.

96.   The libelous statements were published in that Defendants MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, to third parties not the Plaintiff, specifically but not limited to, other employers and parents of children in Rabbi Bodkins' community and others.

97.   The publications of these false statements have caused Bodkins damages.

98.   Such statements are per se libelous and slanderous.

99.   As a direct and proximate result of Defendants' defamation of Plaintiffs, Plaintiffs have suffered an injury to their reputation and loss of employment opportunities.

100.  Plaintiffs are entitled to punitive damages in addition to the damages

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

suffered upon a proper evidentiary showing.

### <u>COUNT IV- DEFAMATION</u>
### LIBEL/SLANDER PER SE (Commission of a Crime)

101.  Plaintiffs incorporate by reference each and every allegation made in the above-numbered paragraphs 1-75.

102.  Defendant MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, have made untrue statements, orally and in writing, about Plaintiff that accuses Rabbi Bodkins of the commission of a crime.

103.  The published statements stated as a matter of fact that the Plaintiffs had sexually molested and otherwise harmed children.

104.  These statements of purported "fact" directly accuse Plaintiff Bodkins of commission of a crime.

105.  Defendants MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, published these statements to third parties, specifically but not limited to, other employers and parents of children in Rabbi Bodkins' community and others.

106.  The untrue statements were made without reasonable care to determine their falsity.

107.  These defamatory publications are libelous and slanderous per se, and have caused Bodkins damages.

108.  As a direct and proximate result of Defendants' defamation of Plaintiff Rabbi Bodkins, Plaintiffs have suffered an injury to their reputation and loss of employment opportunities.

109.  Plaintiffs are entitled to punitive damages in addition to the damages suffered upon a proper evidentiary showing.

### <u>COUNT V - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

110.  Plaintiffs incorporate by reference each and every allegation made in the

- 23 -

**JAROSLAWICZ LAW OFFICES**
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

above-numbered paragraphs 1-75.

111. The actions by Defendant MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, in publicizing the information they published was either intended by Defendants to cause emotional distress to the Plaintiffs or were such that Defendants should have known they would cause such emotional distress, and clearly exceeded the bounds of common decency as would be observed in any civilized community.

112. Defendants' conduct toward Plaintiffs was willful, wanton and malicious, and was carried out both with a flagrant indifference to the rights of the Plaintiffs and with a subjective awareness that such conduct would result in harm, for which Defendants are answerable in punitive damages.

113. Plaintiffs have suffered terrible humiliation and emotional pain and distress as a result of Defendants' malicious actions, and are entitled to damages for same.

### COUNT VI - IMPUTED AND IMPLIED LIBEL / SLANDER *PER SE*

114. Plaintiffs incorporate by reference each and every allegation made in the above-numbered paragraphs 1-75.

115. Defendants MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, have maliciously published, or through their gross negligence caused to be published, false or materially-misleading statements, or statements which imply a false impression, about Rabbi Bodkins to third parties, without a privilege to do so.

116. Plaintiff Rabbi Bodkins was specifically identified in the defamatory matter promulgated by the Defendants.

117. The libelous or slanderous language stated as a matter of fact that Rabbi Bodkins had sexually molested children and otherwise harmed them.

- 24 -

118.  MAGID stated that Rabbi Bodkins is a danger to children.

119.  MAGID stated that Rabbi Bodkins "caused tremendous damage to so many children I can't even count them on one hand."

120.  MAGID stated that Rabbi Bodkins was, "not coming off [AD-KAN] for a very long time.- probably forever since there is no cure for pedophilia."

121.  The repeated republication of these false statements, orally and in writing, about Rabbi Bodkins was reasonably foreseeable by MAGID and AVRAM PLONI 1-5 and AVA PLONI 1-5.

122.  The written and oral falsities communicated to third parties by MAGID and AVRAM PLONI 1-5 and AVA PLONI 1-5 – and through their gross negligence, by third parties – consisted of false imputations, implications and direct misstatements relating to conduct of Rabbi Bodkins and his business activities, including statements and imputation relating to Bodkins' having sexually molested children.

123.  The libelous or slanderous language was published in that Defendants intentionally or negligently communicated such defamatory language to third parties not the Plaintiffs, specifically but not limited to, other employers and parents of children in Rabbi Bodkins' community and others.

124.  Due to the nature of the false statements, and especially because they speak to and negatively affect Rabbi Bodkins' core character and status in the community, the statements are libelous and slanderous, and malice and damages are presumed. Notwithstanding such a presumption, MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, acted with malice, moral turpitude, gross negligence, reckless indifference of the rights of others, wantonness, oppression, and/or outrageous aggravation toward Plaintiffs. . If these Defendants' conduct were permitted without rebuke, it would encourage others to engage in such reprehensible

- 25 -

misconduct.

125. As a direct and proximate result of Defendants' defamation of Rabbi Bodkins, Plaintiffs have suffered an injury to their reputation and loss of employment opportunities.

126. The defamatory statements of the Defendants were intentional, with malice or with reckless disregard as to whether they were false or not, and Plaintiffs are entitled to punitive damages in addition to the damages suffered upon a proper evidentiary showing.

## COUNT VII - CONSPIRACY TO DEFAME

127. Plaintiffs incorporate each and every allegation in the above-numbered paragraphs 1-126.

128. Defendants MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, are parties to a civil conspiracy.

129. Defendants MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, tacitly or expressly agreed and conspired to do an unlawful act.

130. Defendants MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, conspired to defame Plaintiff Rabbi Bodkins.

131. Defendants MAGID and, AVRAM PLONI 1-5 and AVA PLONI 1-5, owed a duty to Plaintiff Rabbi Bodkins to abstain from ruining Plaintiff's reputation; Defendants owed Plaintiffs a duty to investigate the truth or falsity of statements about Rabbi Bodkins, and to protect Plaintiffs from unwarranted harm to Plaintiffs' reputation that unjustifiably lowers Plaintiffs in the estimation of the community, and/ or deters third persons, specifically but not limited to, other employers and parents of children in Rabbi Bodkins' community and others, from associating or dealing with Plaintiffs.

**JAROSLAWICZ LAW OFFICES**
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com

132. Defendants MAGID and, AVRAM PLONI 1-5 and AVA PLONI 1-5, committed overt acts in furtherance of the conspiracy to ruin Bodkins reputation.

133. Defendants MAGID and, AVRAM PLONI 1-5 and AVA PLONI 1-5, manipulated and edited postings on the AD-KAN website, ignored reliable information exonerating Plaintiff, published defamatory statements about Rabbi Bodkins and took other actions that Plaintiffs believe will be revealed in discovery.

134. The conspiracy between Defendants MAGID, AVRAM PLONI 1-5 and AVA PLONI 1-5, and their respective overt acts, caused Plaintiffs to suffer damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against the Defendants MAGID and, upon information and belief, AVRAM PLONI 1-5 and AVA PLONI 1-5, on each cause of action together with the costs and disbursements of this action. Plaintiffs request:

1. Injunctive relief as necessary to stop the ongoing publication of defamatory statements;
2. All compensatory damages;
3. Punitive damages as appropriate;
4. All fees and costs associated with the disbursement of this action;
5. Attorneys' fees; and
6. Any other relief the Court deems fitting and proper.

Date: November 11, 2013

ISAAC M. JAROSLAWICZ, ESQ.
Florida Bar No. 979510
E-mail address: Isaac@MyLawyerIsaac.com
**JAROSLAWICZ LAW OFFICES**
1177 Kane Concourse, #222
Bay Harbor Islands, Florida 33154

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 • Bay Harbor Islands, Florida 33154 • T 305.398.7739 • F 786.206.3575
www.MyLawyerIsaac.com

Telephone:      (305) 398-7739
Facsimile:      (786) 206-3575
*Counsel for Plaintiffs*
*Rabbi Steven (Yisroel) Bodkins*
*and Mrs. Rivkah Bodkins*

*-and-*

s/: Joshua R. Kon_____
JOSHUA R. KON, ESQ.
Florida Bar No. 0056147
E-mail address: jkon@stoklaw.com
ROBERT A. STOK, ESQ.
Florida Bar No. 857051
E-mail address: rstok@stoklaw.com

**STOK FOLK + KON**
18851 NE 29th Avenue, Suite 1005
Aventura, Florida  33180
Telephone: (305) 935-4440
Facsimile: (305) 935-4470

*Co-Counsel*

- 28 -

The Shocking Truth Lakewood
Town Hall Meeting To Discuss
Sexual Abuse Prevention In
Crown Heights This Sunday
URGENT! SHMUEL DYM
ROAMING FREE!
WARNING!! RABBI YAAKOV
YAGEN PREDATOR
Why Are Convicted Child
Molesters Getting Probation?

🔸 RSS Feed

List of Rabbis who are aware of the Bodkins case:

Rabbi Yeruchim Shain
Rabbi Matz from Agudas Yisroel Miami
Rabbi Najowitz Torah U'Mesorah
Rabbi Yisroel Janowski
Rabbi Yochanan Zweig
Rabbi Yisrael Neiman
Rabbi Ephraim Shapiro
Rabbi Efraim Leizerson
Rabbi David Lehrfield
Rabbi Yechiel Perr
Rabbi Shmuel Kaminetzky
Rabbi Shea Ryback

Will the above Rabbis please come forward and tell us if Bodkins is safe to be around children
Thank you,
Ad-Kan

11 Comments

## WARNING! Rabbi Yisroel Bodkins allegedly molests young boys in Miami

10/20/2013                                                                          9 Comments



### IMPORTANT MESSAGE TO THE MIAMI COMMUNITY

RABBI YISROEL BODKINS was recently fired from an elementary Yeshiva in Miami Beach after word got out that three individuals reported to police that they were sexually abused by him.

Bodkins has refused to take a lie detector and is still working with young Jewish boys in a public school in Miami. He is being paid from donations that he collects from community members.

Yisroel Bodkins is a DANGER to children and he must be kept away from young boys at ALL times!

Yisroel Bodkins

The community in North Miami Beach where Bodkins lives needs to come together and demand that Bodkins not be allowed to attend any shul or public place where there are children present.

If you know of any child who has been victimized by Bodkins please call the police. You can contact adkaneditor@gmail.com and we will do as much as we can to help you.

9 Comments

## In The Name Of God

10/09/2013                                                                          0 Comments



West Orange-based man accused of using his rabbinic persona to prey on women who put their faith in him.

Gary Rosenblatt  Editor And Publisher  Jewish Week  October 08 2013

David Kaye: Long trail of accusations span at least 23 years.

Two weeks ago, Rebecca Pastor, a 46-year-old woman from Essex County, N.J., recalled that the man she allance account has in Paltimare an Christmas Day 1990 was not in jail, as



UA-27592598-1



| Wall of Shame | Updates | Kaye Survivors | YU | News | In Memory/Suicides | Weberman Trial | About Us | more... |

## Between Victim And Perpetrator

10/23/2013                                                                    0 Comments

October 23, 2013
BY MAAYAN JAFFE Baltimore Jewish Times

More than two decades after sexual assault, woman
returns to Baltimore to speak against her alleged rapist
David Kaye has been accused of raping Rebecca Pastor in
Baltimore 23 years ago.

There is no statute of limitation for the crime of rape in
Maryland.

That law has become increasingly relevant to Rebecca
Pastor, 46, of Essex County, N.J.

Pastor, who was manipulated and raped in her
Fountainview apartment 23 years ago — on Christmas Day
1990 — returned to Baltimore last week to meet with police
and provide evidence of the incident, which sent her into
years of therapy. Now strong and passionate about
stopping her perpetrator and preventing other women from
going through the hell she experienced, Pastor is telling her
story out loud and encouraging others like her to come
forward. READ MORE



David Kaye

Add Comment

## Bodkins and Parents Right to Protect their Children

10/21/2013                                                                    11 Comments

In response to the comments and emails Ad-Kan is receiving we would like to say the following:

In the comments below someone posted a list of Rabbis who maintain that Bodkins is innocent. Ad-Kan is requesting that
any or all of these Rabbis make a public announcement via Ad-kan to the community that Bodkins is either safe to work with
young boys or not. Perhaps knowing why this Rebbi was fired from his position at Yeshiva Elementary School of Miami Beach
may offer some helpful information to the public.

Whether he is safe or not Ad-Kan believes that it is the right of the public to have that information. Parents need to protect their
innocent children and should be privy to all available information regarding sex offenders within the school system as well as
within the community itself.

We are also aware that Torah Umesorah has Bodkins listed on their sex offender registry. Any
information please call Torah Umesorah at:   (212) -227-1000

### Archives

October 2013
September 2013
July 2013
May 2013
April 2013
December 2012
November 2012
October 2012
September 2012
July 2012
June 2012
May 2012

### Categories

All
A Haymishe Dentist From
Toronto Charged
ALERT Liberty Rabbi
ALERT! MIAMI BEACH
PEDOPHILE
An Important Article By Rabbi
Horowitz
Counter Rally To Bring
Awareness To The Real
Troubles
DAVID KAYE Predator.
Harav Pinchas Sheinberg
Incest And Domestic Violence To
Become Rebbe.
Let Us Work Together
MAGENU FOR SAFE CHILDREN
Man Serving Time For Rape
New Jersey
Parents Be Aware!!
Protest
Rabbi Blau Warns Community
About Predator
Rabbi Dr. Aharon Hersh Fried
Child Molester
Rosh Hashana Greetings To
Our Heilige Survivors
Shame On Them2e0882fd88
SHOCKING!
Sund   e Silent Documentary
The Shocking Truth Lakewood



The Shocking Truth Lakewood
Town Hall Meeting To Discuss
Sexual Abuse Prevention In
Crown Heights This Sunday
URGENT! SHMUEL DYM
ROAMING FREE!
WARNING!! RABBI YAAKOV
YAGEN PREDATOR
Why Are Convicted Child
Molesters Getting Probation?

🔲 RSS Feed

## List of Rabbis who are aware of the Bodkins case:

Rabbi Yeruchim Shain
Rabbi Matz from Agudas Yisroel Miami
Rabbi Najowitz Torah U'Mesorah
Rabbi Yisroel Janowski
Rabbi Yochanan Zweig
Rabbi Yisrael Neiman
Rabbi Ephraim Shapiro
Rabbi Efraim Leizerson
Rabbi David Lehrfield
Rabbi Yechiel Perr
Rabbi Shmuel Kaminetzky
Rabbi Shea Ryback

Will the above Rabbis please come forward and tell us if Bodkins is safe to be around children
Thank you,
Ad-Kan

11 Comments

## WARNING! Rabbi Yisroel Bodkins allegedly molests young boys in Miami
10/20/2013                                                              9 Comments



Yisroel Bodkins

### IMPORTANT MESSAGE TO THE MIAMI COMMUNITY

RABBI YISROEL BODKINS was recently fired from an elementary Yeshiva in Miami Beach after word got out that three individuals reported to police that they were sexually abused by him.

Bodkins has refused to take a lie detector and is still working with young Jewish boys in a public school in Miami. He is being paid from donations that he collects from community members.

Yisroel Bodkins is a DANGER to children and he must be kept away from young boys at ALL times!

The community in North Miami Beach where Bodkins lives needs to come together and demand that Bodkins not be allowed to attend any shul or public place where there are children present.

If you know of any child who has been victimized by Bodkins please call the police. You can contact adkaneditor@gmail.com and we will do as much as we can to help you.

9 Comments

## In The Name Of God
10/09/2013                                                              0 Comments



West Orange-based man accused of using his rabbinic persona to prey on women who put their faith in him.
Gary Rosenblatt Editor And Publisher Jewish Week October 08 2013
David Kaye: Long trail of accusations span at least 23 years.
Two weeks ago, Rebecca Pastor, a 46-year-old woman from Essex County, N.J., found out
that the man she alleges raped her in Baltimore on Christmas Day 1990, was not in jail, as



**G&J**  **Goldfein and Joseph, P.C.**
**ATTORNEYS AT LAW**

1880 John F. Kennedy Blvd., 20ᵗʰ Floor
Philadelphia, PA 19103
Telephone: (215) 979-8200
Facsimile: (215) 979-8201

Bernard L. Levinthal
BLevinthal@goldfeinlaw.com

September 4, 2013

      Re:   *Rabbi Yisroel Bodkins*

To Whom It May Concern:

      The undersigned represents Rabbi Yisroel Bodkins with respect to both a criminal investigation and an action for expunction of the record of the Pennsylvania Department of Public Welfare with respect to allegations of child abuse made by the Monroe County Pennsylvania Children and Youth Services.

      The criminal investigation was conducted by the district attorney's office of Monroe County Pennsylvania. The primary allegations were made by the boy for whom a complaint was filed with the Monroe County Children and Youth Services. There were rumblings of claims made by two other boys, however, nothing with respect to those boys ever materialized. I have spoken with Assistant District Attorney Michael Rakaczewski who spearheaded the investigation for the district attorney's office. He has informed me that the investigation is currently closed.

      With respect to the Motion for Expunction of the record, hearing on the matter took place October 16, 2012, before an administrative judge. At the end of January, 2013, on behalf of Rabbi Bodkins, I submitted our written brief in support of the Motion for Expunction. It is significant to note that the attorney handling the case on behalf of the Monroe County Children and Youth Services never submitted written argument. We are currently awaiting the judge's ruling on the matter.

      I am available and happy to answer any questions about these matters to the extent I am able to without betraying any privilege or confidence.

                  Very truly yours,

                  Bernard L. Levinthal

BLL/eqm

**EXHIBIT "3"**

NEW YORK ◆ 305 Broadway, 14ᵗʰ Floor, New York, NY 10007 ◆ Tel (212) 791-0340 ◆ Fax (212) 791-0347
YORK ◆ 138 East Market Street, P.O. Box 2588, York, PA 17405 ◆ Tel (717) 854-9506 ◆ Fax (717) 845-4931
DELAWARE ◆ 3513 Concord Pike, Suite 2000, Wilmington, DE 19803 ◆ Tel (302) 656-3301 ◆ Fax (302) 656-0643

www.goldfeinlaw.com

---------- Forwarded message ----------
From: Dovid Nojowitz <d          REDACTED          >
Date: Sun, Sep 29, 2013 at 2:24 PM
Subject: Rabbi Yisroel Bodkins
To: Yisroel Moshe Janowski <       REDACTED     >
Cc: y    REDACTED

Dear Rabbi Janowski,

I hope you enjoyed the Yomim Tovim.  Let me wish you a Gutten Vinter.

We have been apprised of the unfortunate situation regarding the accusation made against Rabbi Yisroel Bodkins, a rebbi at the Yeshiva Elementary School. Torah Umesorah always takes such allegations very seriously, as we believe our children should only attend schools which provide a secure and safe environment.

It was with this in mind that that I initially concurred with your prudent decision to have Rabbi Bodkins take a leave of absence while this investigation had been ongoing.

I have since read the findings of Judge Barbara Nause who opined that the evidence brought by the young man against Rabbi Bodkins is not credible, while the testimony of Rabbi Bodkins is credible. Torah Umesorah therefore believes that, after due diligence, Rabbi Bodkins has a Chezkas Kashrus. We strongly recommend that Rabbi Bodkins be reinstated to his position as classroom rebbi.

Please accept our very best wishes for a successful new school year.

Sincerely,

**EXHIBIT "4"**

From: Torah Umesorah <info@torah-umesorah.org>
Date: Mon, Oct 21, 2013 at 3:54 PM
Subject: Torah Umesorah list
To: ybodkins@ REDACTED


Rabbi Nojowitz asked me to contact you and assure you that your name is NOT on Torah Umesorah's registry list of alleged child abusers, and your name never was on our list.  Any rumor to that effect is simply that - a rumor, without any truth or basis.

Thank you.

**EXHIBIT "5"**

Wall of Shame | Updates | Kaye Survivors | YU | News | In Memory/Suicides | Weberman Trial | About Us | more...

## Bodkins and Parents Right to Protect their Children
10/21/2013                                                     48 Comments

In response to the comments and emails Ad-Kan is receiving we would like to say the following:

In the comments below someone posted a list of Rabbis who maintain that Bodkins is innocent. Ad-Kan is requesting that any or all of these Rabbis make a public announcement via Ad-Kan to the community that Bodkins is either safe to work with young boys or not. Perhaps knowing why this Rebbi was fired from his position at Yeshiva Elementary School of Miami Beach may offer some helpful information to the public.

Whether he is safe or not Ad-Kan believes that it is the right of the public to have that information. Parents need to protect their innocent children and should be privy to all available information regarding sex offenders within the school system as well as within the community itself.

We are also aware that Torah Umesorah has Bodkins listed on their sex offender registry. Anyone who would like to verify this information please call Torah Umesorah at: **(212) -227-1000**

### List of Rabbis who are aware of the Bodkins case:

Rabbi Yeruchim Shain
Rabbi Matz from Agudas Yisroel Miami
Rabbi Najowitz Torah U'Mesorah
Rabbi Yisroel Janowski
Rabbi Yochanan Zweig
Rabbi Yisrael Neiman
Rabbi Ephraim Shapiro
Rabbi Efraim Lelzerson
Rabbi David Lehrfield
Rabbi Yechiel Perr
Rabbi Shmuel Kaminetzky
Rabbi Shea Ryback

Will the above Rabbis please come forward and tell us if Bodkins is safe to be around children
Thank you,
Ad-Kan

## Comments

**Debra**                                                   10/21/2013 11:31am

Did you actually speak with Torah u'mesorah? Because apparently, rabbi nojowitz from Torah u.mesora is stating publicly that this is sheker and that he is not on any sex offenders list and that they support him. Please clarify or get a statement from Torah u'mesorah backing up this allegation that he is on their sex offenders list.

Reply

**FloridaJD**                                               10/21/2013 10:52pm

Very interesting YOU come to defend Torah Umesorah yet you also hide behind your name. It indeed spoke to Torah Unesira then put it in writing. "Debra" lol really?

Reply

### Archives
October 2013
September 2013
July 2013
May 2013
April 2013
December 2012
November 2012
October 2012
September 2012
July 2012
June 2012
May 2012

### Categories
All
A Haymishe Dentist From Toronto Charged
ALERT Liberty Rabbi
ALERT! MIAMI BEACH PEDOPHILE
An Important Article By Rabbi Horowitz
Counter Rally To Bring Awareness To The Real Troubles
DAVID KAYE Predator.
Harav Pinchas Sheinberg
Incest And Domestic Violence To Become Rebbe.
Let Us Work Together
MAGENU FOR SAFE CHILDREN
Man Serving Time For Rape New Jersey
Parents Be Aware!!
Protest
Rabbi Blau Warns Community About Predator
Rabbi Dr. Aharon Hersh Fried Child Molester
Rosh Hashana Greetings To Our Heilige Survivors
Shame On Them2e0882fd88
SHOCKING!
Sodomy
Standing Silent Documentary
The Shocking Truth Lakewood
Town Hall Meeting To Discuss Sexual Abuse Prevention In Crown Heights This Sunday
URGENT! SHMUEL DYM ROAMING FREE!
WARNING!! RABBI YAAKOV YAGEN PREDATOR
Why Are Convicted Child Molesters Getting Probation?

**EXHIBIT "6"**

🔊 RSS Feed

**sister of victim**          10/21/2013 11:57am

I am a sister of one of the boys that Bodkins harmed! he was physical with my brother when he was young in camp Dorah Golding and spoke to him about sex and snuck him out of the bunk in the middle of the night. Bodkins did this with several boys and unfortunately we were all blinded because of the fact that he knows how to teach well and be "the great rabbi with financial difficulties" so please think twice before allowing bokdins to corrupt your childs pure neshama ! there is no need to ruin another jewish child! Help prevent and stop making excuses for the perpetrators! just because he has a title "RABBI" doesnt mean he is good. Dont confuse Jews with Judaism!

                                            Reply

**Debra**          10/21/2013 1:24pm

I just hung up the phone with Torah u'mesora. They said that this allegation is completely false and that Rabbi Bodkins is not on on any Sex Offenders list. Please allow your hopefully unbiased reporting to reflect that.

                                            Reply

> **Rabbi H.**          10/21/2013 1:55pm
>
> Interesting, but I highly doubt the veracity of your statement, Debra. The Rabbi who keeps the Registry, Rabbi Shea Ryback, only gives this information to Principals who are looking to hire Rebbeim. Secondly, TUM does not take sides in these matters because they could not possibly look into each and every allegation and make a determination regarding such an important matter - that is up to each school, and the Yeshiva he worked at did that - and let him go. So, if you're going to call anyone to get the facts, perhaps the Rosh HaYeshiva, Rabbi Zweig, would be a better person to call.
>
>                                      Reply
>
> > **Debra**          10/23/2013 2:49pm
> >
> > Rabbi H, reread my comment. I did not say that I spoke to rabbi Ryback. I said that I spoke to Torah u'mesorah, which I did. Apparently you did not. They fully deny this terrible allegation and are in the process of composing a letter in support of rabbi Bodkins. Secondly, although TUM might not normally take sides in this matter, in this particular case they definitely did get involved and sided with rabbi Bodkins. Probably because the secular court system expunged the whole matter and there is not a shred of evidence against him. And finally, rabbi zweig is not the principal of the school, that would be rabbi Janowski. Call him.

**Sibling of another victim**          10/21/2013 2:10pm

I happen to know several of the victims very well. People who have been sexually abused DO NOT lie about it. If anything it is an embarrassment to come forward as a victim with this information. What purpose is there to gain from a boy revealing this type of information unless it is true? There were more than just the one boy who came out with this, and most likely are many more. Anyone posting on behalf of this predator, this "rabbi" should be ashamed of themselves. You are all so naive in this day and age to take the word of this creep. Were you in the bunks with him in camp? were you alone in the classroom with him? did you whitenes him tucking your child into bed?? Did you watch your son go on a secret mikva trip with bodkins in middle school?
Please keep your children safe and aware of the signs of these creeps. They dont have to have your typical criminal appearance. It can be anyone, a teacher, a counselor, an uncle, a father or even a rabbi. Please make yourselves aware.

                                            Reply

> **Tzippy**          10/21/2013 2:45pm

    
**Tzippy**            10/21/2013 2:45pm

You're absolutely right, sibling - and courageous! I am a frum social worker and just Googled for stats and found this: "A study by the NSPCC entitled No-one Noticed, No-one Heard, is based on an in-depth analysis of interviews with 18 to 24-year-olds who were abused in childhood, and who were questioned specifically about their attempt to tell someone.

The findings bore out previous studies which suggested that abuse is under-reported and most children keep it a secret.

The new research suggests that it takes an average of seven years for a child who has been sexually abused to tell someone and get help.

However, 86 per cent of those who took part said that they had tried to tell someone earlier but had been ignored, not believed or the signs that they needed help had been missed.

The report stresses that the most effective outcomes happened when the children were believed and support was sought immediately through the appropriate channels."

So I suggest that all the "know-it-alls" stop commenting about things they don't have any first-hand information about and educate themselves about how prevalent child sex abuse is - even in our Frum communities.

 Reply

---

**liars**            10/21/2013 2:33pm

Spoke to Torah umesorah and it's absolutely false!!

Reply

---

**Torah? Umesorah? Are you kidding?**            10/21/2013 4:41pm

Is it really the way of our Mesorah and our Torah to keep information that can protect children out of the hands of parents?

What about Vnishmartem Me'od Lna!shoseychem. The mitzvah to protect our health and that of our children.

What about Lo Saamod Al Dam Reyecha. The Mitzva that you are not allowed to stand by idly while people are being harmed?

Why do the Rabbis and principals get to know who has been fired for molesting children, so that they can keep THEIR OWN CHILDREN safe, but refuse time and again to warn everybody else?

Yeshiva University--covered up for Finkelstein and Gordon and EVEN NOW will not name them publicly.

The Robbonim in South Africa and the administration of HANC covered up for David Kaye and are still silent.

The Vaad Harrabanim of Queens and the RCA covered up for Efraim Bryks and allowed him a "silent resignation."

The Hebrew Academy of Cleveland allowed Tzvi Ahron Fried to resign quietly so he could go on to start CHUSH, a school for vulnerable special needs children. He was also forced out of that quietly when abuse was discovered, but nobody in the community was warned. Torah Umesorah (who according to their own "standards" should have him on their list having been reported by the Cleveland TU day school) continues to use Fried as a consultant and speaker.

In Crown Heights the leading rabbis covered up for years for molesters like Moshe Keller and are still not publicizing the molesters that they know about.

Perhaps, Debbie, it is time to add a new wall of shame.

The real shame.

The molesters are sick and society needs to be protected from them. It is about safety.

But the enablers? They are the ones who truly need to be ashamed of themselves.

**Debbie**                                                              10/23/2013 9:02am

Important note to readers:
Debra, Esther, Liars, Florida JD among others are all one and the same person. The person is very likely to be
the perp himself- Bodkins.

Ad-kan is receiving a constant flow of emails from different names all with the same message and similar tone of
voice. We choose not to post most of his ridiculous rhetoric because it could hurt the victims and its also a waste
of time.

Reply

> **Esther**                                                          10/23/2013 10:14am
>
> Do you have the integrity to post that you were mistaken about me posting as other people? Do you
> have that much decency? I am a very honest person and my word is golden. So your public accusation
> is a true affront to me.
>
> You are trying to do a good thing here but you are damaging your credibility by making false
> accusations and censoring people. That does not make us feel as though this blog is really interested in
> doing justice; rather it sounds as though you have created the blog to continuously lash out about your
> own horrible experience. But those of us who disagree with you should be given an equal opportunity to
> post. This forum should be open to opinions on both sides. You should calm down and stop accusing
> posters of things that, obviously you don't know, since a) I know you are wrong in accusing me of
> posting under multiple names and b) you yourself said you think they are the same person based on
> tone and content. So clearly you cannot actually see that they are all from different computers, etc. I
> suppose it is possible some of the people are doing that but I am not one of them and should not be
> included on that post.
>
> You choose to believe what you want and declare to be fact and no one can defend themselves
> because you simply won't post a reply. Shame on you for mis-treating innocent people simply trying to
> air their views.
>
> I know ALL the people involved in this case. I have much information that you apparently do not have,
> and I know you are posting allegations and falsehoods as fact and backing your "facts" up with those
> responses that fit the mold.
>
> Reply

>> **Esther**                                                       10/23/2013 10:18am
>>
>> Thank you, Debbie, for allowing my post. I appreciate it.

> **Debra**                                                            10/23/2013 1:41pm
>
> Since I am Debra and have only posted under this name and no other (and as far as I can recall
> floridajd actually posted in reply to one of my own posts, criticizing me and challenging me to remove
> my cloak of anonymity!!) I am actually in a position to tell you that you are very much mistaken. I have
> only posted as Debra and no one else. So if you are mistaken (or lying) about the poster named esther
> and about the poster named Debra it is feasible that you are mistaken (or lying) about rabbi Bodkins
> himself. And since I sent you a private email inviting you to find out the facts in the case and you chose
> not to respond, I question your entire blog. What is your agenda, Mrs. Adkan? And how can you look at
> yourself in the mirror knowing that you are pepetuating this terrible travesty without having spoken to a
> single person in possession of the facts. Call rabbi Shain. Ask him yourself.
>
> Reply

**Debbie**                                                             10/23/2015 10:29pm

**Debbie**                                                    10/23/2013 10:22am

I would be very glad to hear your facts.

An interesting fact is the dictionary definition of the word FACT which is as follows:

fact noun \fakt\
a) something that truly exists or happens : something that has actual existence

b) a true piece of information

Reply

> **Esther**                                                 10/23/2013 10:29am
>
> Here are two facts:
>
> 1. I telephoned Torah u'Mesorah yesterday, as did my wife (two separate calls) and we were both told that the information you posted about them having Rabbi Bodkins on a sex offender list is false. I was specifically told that they have been working to try and get Rabbi Bodkins re-instated. That is a fact and I urge all people on the blog to phone Torah u'Mesorah so they can hear this message personally and not have to take my word for it.
>
> 2. In a 12-page court document, Rabbi Bodkins was found innocent; the accuser was found "not credible" and Rabbi Bodkins was found "credible."
>
> These are the facts I feel comfortable sharing at this time.
>
> Reply

>> **Esther**                                              10/23/2013 10:32am
>>
>> In addition, the court EXPUNGED the case from the record. This was a complete exoneration.

**Esther**                                                   10/23/2013 10:34am

One final thing:

You asked why Rabbi Bodkins was fired from Yeshiva Elementary. The reason is that they did not want to fire him, but a very powerful parent (read wealthy donor) threatened to take their children and support out of the school and got other parents to threaten as well until the school had no choice. He was NOT fired because of evidence, he was fired because the school could not afford to lose the money from this parent.

Reply

> **Debra**                                                 10/23/2013 1:20pm
>
> Just to add to your comment, who says that rabbi Bodkins is actually fired. When I asked I was told that he is on a leave of absence for now as the school makes a decision (I assume regarding the uproar that these false rumors have caused) but until someone is actually fired, an anonymous blog should not be making such statements without calling the school to verify.
>
> Reply

**Debbie**                                                   10/23/2013 10:39am

For a fact to be in fact a fact there needs to be some evidence.

iPad 🔋     ☾ 12:43 AM     81% 🔋

     www.adkanenough.com/27/post/2013 Reader ↻   Search

This Amazin...    Blogger: Yud...    The Secret Li...    Forums » A...    ✕ Bodkins...    WARNING!...   

**Debbie**        10/23/2013 10:39am

For a fact to be in fact a fact there needs to be some evidence.

If what you say is true, why is there not one Rabbi willing to public defend Bodkins?

As of now even one would help a lot.

If even Rabbi Yeruchem Shain would come on the site and proclaim that he believes that Bodkins is safe to be around children I would take it seriously.

But DONT forge his name. There needs to be a phone number where people can call to verify that it is indeed him.

> Reply

**chaim**        10/23/2013 1:15pm

The bottom line is that is a 100% fact that there were three victims who went to the police and filed a report against bodkin why wont he take a lie detector test to clean his name

> Reply

> **Esther**        10/24/2013 12:40pm
>
> They don't want a lie detector test. They want a test in which they attach electrodes to Rabbi Bodkins penis and show him pictures to see if he reacts. Would you submit to that?
>
> > Reply
>
> > **Yossi**        10/25/2013 7:48am
> >
> > Actually, bodkins declined the opportunity to go to his local law enforcement to be interviewed and to take a regular lie detector test as well as declining to take the highly accurate test that you inaccurately describe. The answer to your question - if I was innocent, yes, I'd take any and all of these opportunities to clear my name.

**annony**        10/23/2013 9:06pm

GOSH, I simply cannot understand how people are so stupidly naive.
If there is an allegation, and as Debbie said he nor his family have come out with protestations, then his silence means something. As in the case of the person who abused me, silence is guilt. Those poor little boys, who knows how many lives he has mucked up forever. With victims who have come forward, you still say he is innocent????
And if he would teach and molest your child because you think him innocent, how would you feel?
And of course TU are not going to make a public statement that he is or isn't guilty, a chinuch organisation like that do not just open their mouths. Is it wrong of them to lie, yes it is, but no different to police telling busybodies that they are not doing an investigation, when they indeed are. It is to protect the victim and not cause bigger problems than there are already!!!

I want to call that parent who threatened to withdraw his kid from the school and commend him, he obviously knew the school would only fire him under threat of losing money, and he threatened. Good on him, he is saving many future boys from being abused. And if the school really really believed he was innocent, they would have kept an "amazing teacher" over a parent. I teach in a school where the money is a big deal too, and I know how it works.

There are definitely some very serious allegations here, before you accuse people of making it up, (which statistically the numbers are extremely low for such a thing to happen), then please be a million times sure, because your support is killing the future lives of innocent children.

GOSH, I simply cannot understand how people are so stupidly naive.
If there is an allegation, and as Debbie said he nor his family have come out with protestations, then his silence means something. As in the case of the person who abused me, silence is guilt. Those poor little boys, who knows how many lives he has mucked up forever. With victims who have come forward, you still say he is innocent????
And if he would teach and molest your child because you think him innocent, how would you feel?
And of course TU are not going to make a public statement that he is or isn't guilty, a chinuch organisation like that do not just open their mouths. Is it wrong of them to lie, yes it is, but no different to police telling busybodies that they are not doing an investigation, when they indeed are. It is to protect the victim and not cause bigger problems than there are already!!!

I want to call that parent who threatened to withdraw his kid from the school and commend him, he obviously knew the school would only fire him under threat of losing money, and he threatened. Good on him, he is saving many future boys from being abused. And if the school really really believed he was innocent, they would have kept an "amazing teacher" over a parent. I teach in a school where the money is a big deal too, and I know how it works.

There are definitely some very serious allegations here, before you accuse people of making it up, (which statistically the numbers are extremely low for such a thing to happen), then please be a million times sure, because your support is killing the future lives of innocent children.
Would you want your children to go through that?
I wouldn't, not after the hell I have been through and as a married woman with 4 kids still going through.

This website is a HUGE chesed to victims like myself who feel slightly validated that someone out there cares for our children and warns us of pedophiles.

So seriously unless you have something to say which is valid and makes sense, keep yourselves off here. You are wasting our time, and causing pain like you wouldn't want to even imagine.

Reply

**Debbie**                                                                10/24/2013 10:19am

All I ask is that you use one name.
I will allow any comment to be posted as long as Sarah is the name you use, and more importantly that your words do not in any way hurt the victims or their families.

Reply

**Debra**                                                                10/24/2013 8:00pm

And all I ask is that you stop deleting my posts and the posts of all the the various supporters of Bodkins. You're really not allowing people to voice the other side of the story. And there is definitely another side of the story.

Reply

**Sarah**                                                                10/24/2013 1:00pm

The real Sarah here!

Debbie, what will it take for you to remove this slander against Rabbi Bodkins? It is clear that there are many on his side who have more information than you. Furthermore, this has already been handled in court and Rabbi Bodkins has been found innocent. The mission of your blog is indeed important, but in this case, all it is doing is perpetuating horrible slander against a good, God-fearing man. I feel badly for the accusing family, clearly there are many underlying issues going on that would lead to such sinah, and I hope Hashem will help them do teshuva. As I wrote before, and I see it was deleted, Hashem should illuminate the truth and end this machlokes. The Bodkins family should know no more strife and should have shalom.

Reply

**Leah**                                                                    10/24/2013 1:54pm

I know all three families who have sons who made police reports. None of the families have any issues, and none had any sinah toward bodkins until their sons were molested by him. Maybe its you who needs to do tshuva for being motzei sheim ra on the innocent victims and their families. You obviously only have information from one side of the story. I know all three families and the bodkins family very well and after speaking with two of the victims directly and knowing rabbi bodkins and how he looks at women. I am certain the boys are telling truth. Several of my young adult friends, and I feel very uncomfortable talking to him, as he doesnt look at our faces but rather below. I pity the families who trust bodkins enough with their own kids. Worse than that are those who enable him to continue hurting kids by supporting him without knowing the full story, the other side.

                                                                            Reply

**Sarah**                                                                   10/24/2013 1:13pm

Thank you, Esther! Again, sorry for the multiple postings, my screen didn't refresh so I didn't know it submitted. It is so important that you and other friends of the Bodkins family are here for them to defend his honor and support them in this very difficult time. What a terrible thing to be accused of falsely, just awful.

                                                                            Reply

**Pinchas**                                                                 10/24/2013 6:55pm

If you heard someone was a thief, would you trust him to watch over your most valuable diamond? To the school who is keeping him on staff, you are killing our children. Our children are our more precious than our diamonds and he is worse than a thief. He is taking away our children's innocence and replacing it with a lifetime of nightmares and pain. You are an IDIOT if you trust this disgusting perv. with your child!! He belongs nowhere near children!!!

                                                                            Reply

**Esther**                                                                  10/24/2013 8:04pm

Rabbi Shain has a lot about Adkan and Bodkins on his blog. Gogole "yudels rest of the story" and search Adkan.

                                                                            Reply

**esther**                                                                  10/24/2013 8:09pm

Rabbi Shain has a lot about Adkan and Bodkins on his blog. Gogole "yudels rest of the story" and search Adkan. The real loser here will be Magenu because by association their credibility will be called into question. Read for yourselves though

                                                                            Reply

**esther**                                                                  10/24/2013 8:11pm

Rabbi Shain has a lot about Adkan and Bodkins on his blog. Google "yudels rest of the story" and search Adkan. The real loser here will be Magenu because by association their credibility will be called into question. Read for yourselves though

                                                                            Reply

**chaim**                                                                   10/25/2013 2:52am

esther now you are totaly out of line with you stating mageinu wil lose i promise you that will not happen

  
**chaim**                                    10/25/2013 2:52am

esther now you are totaly out of line with you stating mageinu wil lose i promise you that will not happen and by you and bodkin trying to besmirch a great orginazation BODKIN WILL SUFFER DEARLY WITH HIS PICTURE PLACED ALL OVER MIAMI BEACH
DO NOT SAY I DID NOT WARN YOU BODKIN GO AWAY AND SPARE US FROM FURTHER PAIN

[Reply]

> **Esther**                               10/25/2013 4:48am
>
> Calm down, Chaim. I'm just saying rabbi Shain mentioned Magenu and their new exec director on his blog. That can't be helpful pr for Magenu. Wouldn't you agree?

**chaim**                                    10/25/2013 6:46am

Esther i know for a fact first hand that bodkin and his pals are trying to shlep mageinu into this story if bodkins or shain try their funny stuff the posters of the menuval bodkins will go up around the world

[Reply]

> **Esther**                               10/25/2013 6:55am
>
> Don't know anything about that. Just know what I saw on the blog.
>
> [Reply]

> > **Esther**                             10/25/2013 6:56am
> >
> > From your reaction, seems like you must be on the board of Magenu or something lol.

**Sarah**                                    10/25/2013 8:45am

Real Sarah here again!

I read in one of the deleted comments that of the three police reports, two were not reports of molestation and dropped out, and that the third was deemed not credible. I verified this as fact with sometime who is close to the case. This is very important information and a big misrepresentation to claim that there are actually three "victims". It is clear to me that Rabbi Bodkins is the real victim here. Vlamalshinim al tehi tikva!

[Reply]

> **Yossi**                                10/25/2013 9:14am
>
> You have no idea what you are talking about - this is absolutely and blatantly not true. I spoke with the victims and the law enforcement agent who reviewed the reports. Anyone can post whatever they want to help their neighbor and/or friend's husband. but just use logic and common sense; it must be that a minimum of 2 individuals made serious allegations and that the school administration and their attorneys received documentation that at least two individuals who made serious accusations or else they would not have let Rabbi Bodkins go, because the Rosh HaYeshiva is a Talmid Chacham and he does not act precipitously - and to meet all Halachic definitions of "reglayim l'davar" you need at least 2 serious allegations.
>
> [Reply]

**Sarah**                                    10/25/2013 10:00am



**Sarah**    10/25/2013 10:00am

My logic and common sense dictate that this is at best ridiculous and a big aveira against the Bodkins family. Hashem should exact justice against the real perps-the one, not three, accuser.

Reply

**debbie**    10/25/2013 10:17am

I told you, only one name please.
Only Sarah.

Reply

**Shay**    10/25/2013 1:11pm

Again, stop deleting my post.
The picture associated w the rabbi Bodkins is of my brother. He is not sitting on rabbi Bodkins lap. You do not have permission to use that picture and we are very upset. It is a violation of our privacy. Especially since my brother is the furthest thing from a victim.
Take the picture down or we will take legal action.

Reply

**chana**    10/25/2013 1:40pm

Shay,
Your comment does not further the agenda of this site, and does little to promote hatred of a guilty until proven innocent man, therefore we must remove it.

Reply

**Esther**    10/25/2013 1:51pm

Touché, chana! Well said.

Reply

## Leave a Reply

Name (required)

Email (not published)

Website

Comments

This piece of paper is no proof at all.
There is no date. Who says this wasn't published before the accusations surfaced?

I have already recieved an outdated email from Torah umesorah which came from bodkins. Ryback denied sending it on that date.

Whose lying Ryback or Bodkins? Mmmm I wonder. If its TUM whose lying then I no longer trust them and if it bodkins lying then I don't trust his latest piece of paper.

Either way its not looking good.
Someone's lying.
The rabbis or bodkins:?

Bottom line is that bodkins   has casued tremendous damage to so  many children I can't even count them on one hand.  And that means that he's not coming off adkan for a very long time.- probably forever since there is no cure for pedophilia.

sent from my HTC Sprint wireless phone


On Oct 31, 2013 10:39 PM, "Dvorah Wechsler" REDACTED i@████> wrote:

> I was very surprised that you have failed to immediately post the announcement by many of our leading local rabbis that I understand was sent to you many days ago endorsing Rabbi Bodkins. Your failure is especially troubling in light of your vehement public accusations and supposedly-honest express request that, "any or all of these rabbis make a public announcement via Ad-Kan to the community that Bodkins is either safe to work with young boys or not."
>
> In addition, as your own post says clearly, in the copy below ↓ if rabbi Shain would ...then you would take it seriously, so why haven't you posted rabbi shain's endorsement?
>
>
> You'll find attached an updated announcement, which includes even more signatories from the list you provided.
>
> I most certainly agree that "parents need to protect their innocent children and should be privy to all available information."
>
> Do you REALLY believe that, or are you just determined to destroy innocent man?
>
> Sent from my iPad
>
> 

**From:** Dvorah Wechsler <span style="background-color:red"></span>m>
**Date:** October 31, 2013, 11:45:15 PM EDT
**To:** Editor Ad-Kan <adkaneditor@gmail.com>
**Subject:** Re: Bodkins situation

I have 4 things to tell you.
1-Call Torah u'mesorah and ask rabbi Dovid nojowitz the director of Torah u'mesorah about this matter. He will tell you (and rabbi Ryback will concur) that rabbi Bodkins is not and was not on any sex offenders list. When you posted on your blog "we are aware that rabbi Bodkins is on a Torah u'mesorah sex offenders list" that is an outright lie and since I spoke directly to TUM and asked them, you can do the same. And if you want to come back and tell me that you spoke to someone and they said otherwise, please be prepared to give me the name of who you spoke with, because I spoke with rabbi nojowitz, the director of TUM. also, the letter that TUM sent to the school stating rabbi Bodkins innocence was from the past month, when this whole thing exploded. I don't know what day he got the letter and what day you saw it but it was written in his support by TUM in regards to this whole chapter. Again... CALL THEM AND ASK THEM FOR YOURSELF WHAT THEIR POSITION ON RABBI BODKINS IS. If you ask, you may be surprised by what you hear.
2- the letter of support was put out this week and signed this week by every rabbi in this list, a group of rabbi that represent a cross section of Torah Jewry in south florida. If you glance through the names you will even see the name of RABBI JANOWSKI the principal of yeshiva elementary school. Call any one of these rabbis, they are all listed, and ask them if this letter, and this program, is from this week or from a while back.
3- as someone who has been following this case closely, where in the world do you get your following statement from...

> Bottom line is that bodkins   has casued tremendous damage to so  many children I can't  even count them on one hand

There is one "victim" who was found "not credible" by the courts. There were his two good friends, both of whom have said, and continue to say that they were not molested or abused, but rather they were "uncomfortable" with the extra attention that he paid to them. And that's it. Nada. Kaput. Even with all this PR, not one more victim has surfaced. How do you explain this?

4- The victim advocacy groups are alway protesting the incidences in the frum world where people run to the rabbis with these allegations.  They say you should go to court and let them decide. That is what was done here. It was brought to court. The judge found the victim to be "not credible" and expunged the case. So now, the court isn't good enough? But apparently, the rabbis aren't good enough either because their letter of support isn't being accepted by



**EXHIBIT "8"**

you as well. so what are we left with? A system of vigilante justice where you, or magenu gets to decide who is innocent and who is guilty?

"Debbie" I understand that you have had a traumatic past and therefore you strongly identify with the alleged "victim" but in this case there is no evidence, definitely not "more victims than you can count..." And a case that is being retried in the court of public opinion after being tried by the courts. What in the world can possibly be your justification?

Looking forward to hearing back from you. Have a good Shabbos.


Sent from my iPad

On Oct 31, 2013, at 10:51 PM, Editor Ad-Kan <adkaneditor@gmail.com> wrote:

> This piece of paper is no proof at all.
> There is no date. Who says this wasn't published before the accusations surfaced?
>
> I have already recieved an outdated email from Torah umesorah which came from bodkins. Ryback denied sending it on that date.
>
> Whose lying Ryback or Bodkins? Mmmm I wonder. If its TUM whose lying then I no longer trust them and if it bodkins lying then I don't trust his latest piece of paper.
>
> Either way its not looking good.
> Someone's lying.
> The rabbis or bodkins:?
>
> Bottom line is that bodkins has casued tremendous damage to so many children I can't even count them on one hand. And that means that he's not coming off adkan for a very long time.- probably forever since there is no cure for pedophilia.
>
> sent from my HTC Sprint wireless phone
>
> On Oct 31, 2013 10:39 PM, "Dvorah Wechsler" <████████████> wrote:
>> I was very surprised that you have failed to immediately post the announcement by many of our leading local rabbis that I understand was sent to you many days ago endorsing Rabbi Bodkins. Your failure is especially troubling in light of your vehement public accusations and supposedly-honest express request that, "any or all of these rabbis make a public announcement via Ad-Kan to the community that Bodkins is either safe to work with young boys or not."
>>
>> In addition, as your own post says clearly, in the copy below ↓ if rabbi Shain would ...then you would take it seriously, so why haven't you posted rabbi shain's endorsement?
>>
>>
>>
>> You'll find attached an updated announcement, which includes even more signatories from the list you provided.

I most certainly agree that "parents need to protect their innocent children and should be privy to all available information."

Do you REALLY believe that, or are you just determined to destroy innocent man?

Sent from my iPad